UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DeAngelo Parker; Regina Coleman, Chiquita Thomas; Gregory Coleman; Ksean Ewing; Maurice Robison; Percy Robison; Regina Coleman, as guardian, o/b/o Renetta Robison, ward and protected person; and Chiquita Thomas, as guardian, o/b/a D'Shawna Patterson, a minor,<br><br>        Plaintiffs,<br><br>v.<br><br>Matthew Clark, Scott Gerlicher, Bruce Folkens, Michael Friestleben, James Novak, David Gray, Clinton Letch, David Mathes, Charles Adams, Jonathan Kingsbury, Nicolas Torborg, Cory Taylor, Christopher Cushenbery, Adam Hakanson, Grant Johnson, Mark Kaspszak, Oscar Macias, George Judkins, Cole Peterson, Joseph Klimmek, Blayne Lehner, Michael Nordin, and John Does 1-20, and Jane Does 21-40, personally, individually, in their capacity as Minneapolis police officers and agents, and the City of Minneapolis,<br><br>        Defendants. | Civil Case No. _____<br><br><br><br><br><br><br><br><br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** |

Defendant the City of Minneapolis ("Defendant") hereby removes this action from the Fourth Judicial District of the State of Minnesota to this Court, and give notice to the Plaintiff and to this Court as follows:

1.   Defendant is a defendant in a civil action in the District Court of the Fourth Judicial District of the State of Minnesota entitled *DeAngelo Parker, et al. v. Matthew Clark, et al*. The Summons and Complaint were served by personal service upon the City of Minneapolis at the Minneapolis City Clerk's Office on June 4, 2018. As of this date, no other defendant has been served. No trial date has been set. Today the removal documents are being filed in state court concurrently with this removal.

2.   A copy of the Summons is attached as **Exhibit 1**. A copy of the Complaint is attached as **Exhibit 2.** A copy of the state court Notice of Filing Removal is attached as **Exhibit 3**. A copy of Defendants' Civil Cover Sheet is attached as **Exhibit 4.**

3.   This Notice of Removal of Action to Federal Court is filed pursuant to 28 U.S.C. § 1441(a) and (c). The Plaintiffs' lawsuit, being captioned in the State Court, is a civil action bringing claims under 42 U.S.C. § 1983 and alleging that City of Minneapolis and its employees violated the Plaintiffs' rights under the U.S. Constitution, federal statutory law, state statutory claims and torts, and common law resulting in injury to the Plaintiffs.

4. The Complaint alleges that Defendants violated Plaintiffs' constitutional civil rights and asserts claims under 42 U.S.C. § 1983. These are claims over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1343, as they arise under the laws of the United States within the meaning of 28 U.S.C. § 1331, and these claims are therefore removable under 28 U.S.C. § 1441.

5. Defendant has sent written notice of the filing of this Notice of Removal of Action to Federal Court to Plaintiffs, and will promptly file a copy of this Notice with the Clerk of the District Court for the Fourth Judicial District of the State of Minnesota, County of Hennepin. Defendant signs this pleading in accordance with Federal Rule of Civil Procedure 11.

**WHEREFORE**, notice is hereby given that the said action is removed from the State Court to this Court for trial or such other determination as this Court may make regarding the action and in accordance with its jurisdictional limits under 28 U.S.C. § 1441.

Dated: June 29, 2018  SUSAN L. SEGAL
City Attorney
By

*s/GregoryPSautter*
TRACEY N. FUSSY (#0311807)
GREGORY P. SAUTTER (#0326446)
SHARDA ENSLIN (#0389370)
Assistant City Attorneys
City Hall, Room 210
350 South Fifth Street

        Minneapolis, MN  55415
        (612) 673-2683
        gregory.sautter@minneapolismn.gov
        tracey.fussy@minneapolismn.gov
        sharda.enslin@minneapolismn.gov
        *Attorneys for Defendant the City of Minneapolis*