UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DeAngelo Parker; Regina Coleman, Chiquita Thomas; Gregory Coleman; Ksean Ewing; Maurice Robison; Percy Robison; Regina Coleman, as guardian, o/b/o Renetta Robison, ward and protected person; and Chiquita Thomas, as guardian, o/b/o D'Shawna Patterson, a minor,<br><br>      Plaintiffs,<br><br>v.<br><br>Matthew Clark, Scott Gerlicher, Bruce Folkens, Michael Friestleben, James Novak, David Gray, Clinton Letch, David Mathes, Charles Adams, Jonathan Kingsbury, Nicolas Torborg, Cory Taylor, Christopher Cushenbery, Adam Hakanson, Grant Johnson, Mark Kaspszak, Oscar Macias, George Judkins, Cole Peterson, Joseph Klimmek, Blayne Lehner, Michael Nordin, and John Does 1-20, and Jane Does 21-40, personally, individually, in their capacity as Minneapolis police officers and agents, and the City of Minneapolis,<br><br>      Defendants. | File No. 18-cv-01809 (ECT/DTS)<br><br><br><br><br><br><br><br><br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION** |

---

The Court has received the January 4, 2019 Report and Recommendation of United States Magistrate Judge David T. Schultz. ECF No. 35. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed.

R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [ECF No. 35] is ACCEPTED;

2. The Motion For Approval Of Settlement [ECF No. 31] is GRANTED, the Petition For Approval And Distribution of Settlement As To A Minor, D'Shawna Patterson, And A Ward, Reanetta Robison [ECF No. 32] is granted, and the settlement is APPROVED.

2. From Patterson's $7,500.00 portion of the settlement proceeds of $67,500.00, Patterson is awarded $5,000.00, and Petitioner's attorneys are awarded $2,500.00, subject to the further terms and conditions of this Report and Recommendation.

3. From Robison's $7,500.00 portion of the settlement proceeds of $67,500.00, Robison is awarded $5,000.00, and Petitioner's attorneys are awarded $2,500.00, subject to the further terms and conditions of this Report and Recommendation.

4. Petitioners and their attorneys are authorized to sign any releases, dismissals, or other documents necessary to effectuate the terms and conditions of the settlement.

5. Within 14 days of this Report and Recommendation or receipt of Patterson's awarded shared of the settlement proceeds, whichever is later, Thomas shall deposit the sum of $5,000.00 into an account in the name of Patterson, with a branch of the following FDIC insured financial institution: Wells Fargo Bank. Thomas shall do the following at the time of deposit:

a. Open an account in the name of Patterson and verify that any deposit document to be issued is in the name of Patterson; and

b. Supply the financial institution with a social security number for Patterson and a copy of this Report and Recommendation.

6. In accordance with section 540.08 of the Minnesota Statutes, as amended, upon acceptance of the money for deposit:

a. Wells Fargo Bank shall acknowledge receipt of the deposit in the form of a deposit slip and provide it to Thomas. By accepting the deposit and providing the receipt, Wells Fargo Bank acknowledges that no disbursement of the funds for Patterson shall be released except to Patterson when she has reached the age of eighteen (18) or at some other date as established by an order of a court in the State of Minnesota.

b. Thomas shall file a copy of the receipt, together with a copy of this Order, with the Court Administrator of the Hennepin County District Court.

As for the $5,000.00 portion of the settlement proceeds awarded to Robison, Coleman shall use it for Robison's benefit.

Dated: January 22, 2019  s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court

3